```
=====================================================================
  Message Printed     on 10/15/200909:19:40  by KO      RefNum:KO1890970
  From/To: (<chartering@skaarupbrokers.com>)
=====================================================================
```

Case 3:12-cv-00513-RNC   Document 1-1   Filed 04/05/12   Page 1 of 2

```
ReplyTo: <chartering@skaarupbrokers.com>
From: <chartering@skaarupbrokers.com>
To: "MED BROKERAGE" <medbrokerage@earthlink.net>
Subject: cenk k -  FIXTURE RECAP
Date: Thu, 2 Apr 2009 14:27:34 -0400
```

```
FROM: Skaarup Shipbrokers / USA
TEL: 1 203 4877000
DATE: 4/2/2009 2:27:34 PM
REF : JJ6386926
```

IB/JAY,

WE ARE FIXED CLEAN WITH C/P DTD 2ND APRIL, 2009

```
m/v cenk kaptanoglu
turkish flag, 1983 blt, sdstbc, dwt 36.788 on 11.021 m swad
grt/nrt 22.378/12.498, loa/bm/m.depth 178.45/28.40/15.60 m
4x25 ts swl cranes,kayaba weather tight wire full folding hatchcovers
gr/bl 1659522/1576532 cbft, lloyds register class, pandi uk mutual
cubic breakdown :
grain / bale
ho.1 8,230.3 7,818.8 cbm
ho.2 9,777.1 9,288.2 cbm
ho.3 9,782.1 9,293.0 cbm
ho.4 9,781.4 9,292.2 cbm
ho.5 9,421.3 8,950.2 cbm
tank top strengths: 17.88 mt/m2
tpc (full load) : 48 mt
tank top dims: hatch dims :
ho.1 f 4.80xa20.00xl25.40 ha.1 19.00x14.40 m
ho.2 f20.00xa20.80xl24.60 ha.2 19.00x14.40 m
ho.3 f20.80xa20.80xl24.60 ha.3 19.00x14.40 m
ho.4 f20.80xa20.80xl24.60 ha.4 19.00x14.40 m
ho.5 f20.80xa12.20xl26.10 ha.5 16.00x14.40 m
speed and consumption :
abt 25 mt ifo 180 cst on abt 13 knots laden/ballast
abt 1.8 mt mgo at sea / idle
abt 2.5 mt mgo when gears working
Vsl endeavours to burn mgo when manoeuvering/at straits/narrow waters
Speed and consumptios gteed under normal see and weather condytyons
Bss no advers current,upto bft4/dss3
all dets abt
```

ACCT TUBE CITY

```
  30,000  MT 10 PCT  QUANTITY IN OWS OPTION HMS AND SHREDDED SCRAP
  XMBT.AVERAGE STOWAGE OF CGO NOT TO EXCEED 47 CU FT BALE PER MT.
  CHRTRS CAN GTEE 32,000 MT OF CARGO AND WILL ENDEVOUR TO LOAD MORE
  CARGO UPTO VSLS MAXIMUM INTAKE

  VSL CAN LOAD ABT 32,500 MT

- LOAD 1 SB/SA MISS RIVER
  DISCHG 1 SB/SP YANGSTE RIVER
  CHRTRS GTEE 10.5 FW AT THE BERTH IN THE YANGSTE RIVER
```

Message Continues...

```
- OWNERS TO SATISFY THEMSELVES OF RESTRICTIONS BENDS

- APRIL 15-21, 2009

- USD 53.25 PER MT FIOST  BSS 1 TO 1

- PRIOR TIME USED NOT TO COUNT

- EXTRA INS DUE TO AGE FOR OWNERS ACCOUNT MAX USD 5,000

- LOAD  6,000 MT PER WWD SHINC
  DISCH 4,500 MT PER WWD SHINC

-  USD 10,500 DHD PDPR LTS BENDS

- OWNERS GTE 4 x 25 mt crane in order and allowed to be used/guided by
   port authorities of Nanjing(fixed),china.
   5 hataches can be fully opened at the same time during the course
   of discharge(i.e opening 1 hatch affecting neighoring holds
   open in normal not allowed )

agents at disch port

NANJING SHIPPING AGENCY CO.,LTD
Rm.523A HongQiaoCenter, 281 ZhongShan Rd(N) Nanjing, China
ZIP CODE 210003
TEL 0086-25-8324-8137,8324-5379,8361-1322,8361-1176
FAX 8326-0117
E-MAIL agent@nansaco.com.cn
PIC:MR.LUCKY ZHANG (MOB:13905188261)
MSN: JOSCOZHANG@MSN.CN
MS.ZHAO(MOB:13851684398)
MR.LI XIAO YONG (MOB:13913809206)


- 2.5 ADD COM + 1.25 PCT SKAARUP

- OTHERWISE AS PER SOUND PROODOS/TUBE CITY C/P DTD 18TH MARCH 2009


B.REGDS


Jay Jaywant
Skaarup Shipbrokers USA
Phone 203-487.7000
Mobile 203-918.6945/BlackBerry "jay@skaarupbrokers.com"




.
        --------------- End of Message ---------------
```